|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br>In Re: | Case No.: _____<br><br>Chapter: _____<br><br>Judge: _____ |

## NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address:

_____

Creditor is the holder of: ❑ first mortgage  ❑ second mortgage  ❑ third mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section VII.B.

Creditor _____ Amount: $ _____ Due date: _____

❑    I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

**I also certify that the property in question consists only of real property in which I hold a titled interest.**

Date: _____    _____
                                                        Debtor

Date: _____    _____
                                                        Joint Debtor (if any)

**Debtor Information:**

Print full name: _____

Mailing address: _____

Telephone number: _____

Email address (if any): _____

**Debtor's Attorney Information:**

Name: _____

Address: _____

Telephone number: _____    Fax number: _____

Email address (if any): _____

**Creditor Information: (if known)**

Name: _____

Address: _____

Telephone number: _____    Fax number: _____

Email address (if any): _____

**Creditor's Attorney Information: (if known)**

Name: _____

Address: _____

Telephone number: _____    Fax number_____

Email address (if any): _____

**Under Section V. of the *Loss Mitigation Program and Procedures*, a party has 14 days from the filed date of this Request to file with the court, and serve on the debtor, debtor's attorney trustee, and U.S. trustee, an objection to this Request.**

*rev.12/17/19*