| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on December 4, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Sheryl E. Picard<br><br>                              Debtor | Case No.: 24-20951<br><br>Chapter: 13<br><br>Hearing Date: December 4, 2024 @ 9am<br><br>Judge: CMG |

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED.**

**DATED: December 4, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having received the Movant's Motion to Extend the Automatic Stay and any related responses or objections thereto, and for good cause shown, it is hereby

**ORDERED** as follows:

1. The automatic stay under §362(a) is hereby extended through the duration of this case as to all unsecured creditors, as well as the following secured creditors:

    a. **Select Portfolio Servicing (11 Albert Drive, Old Bridge, NJ 08857) and any other creditor associated with servicing / collecting on the mortgage / note.**