| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-20951 / CMG**

Sheryl E. Picard

Petition Filed Date: 11/04/2024
341 Hearing Date: 12/05/2024
Confirmation Date: 01/15/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/23/2024 | $2,835.00 | | | | | | | |

**Total Receipts for the Period: $2,835.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,835.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sheryl E. Picard | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,180.00 | $0.00 | $4,180.00 |
| 1 | THE BANK OF NEW YORK MELLON<br>»» P/11 ALBERT DR/1ST MTG/ORDER 12/31/24 | Mortgage Arrears | $148,911.14 | $0.00 | $148,911.14 |
| 2 | Overlook Hospital<br>»» DJ-319465-10/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | THE BANK OF NEW YORK MELLON<br>»» ATTY FEES FOR LOAN MOD | Mortgage Arrears<br>Hold Funds: Per Plan | $2,500.00 | $0.00 | $2,500.00 |

**Chapter 13 Case No. 24-20951 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,835.00 | Plan Balance: | $167,265.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $2,835.00 |
| Paid to Trustee: | $240.98 | Arrearages: | $2,835.00 |
| Funds on Hand: | $2,594.02 | Total Plan Base: | $170,100.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.