UNITED STATES BANKRUPTCY COURT

District of New Jersey

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton, NJ   08650

(609) 587-6888

**Order Filed on June 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Sheryl E. Picard

Debtor(s)

Case No.: 24-20951 / CMG

Hearing Date: 06/11/2025

Judge: Christine M. Gravelle

Chapter:  13

### ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: June 20, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $14,182.99 paid to date   (6 MO)

- Debtor(s) shall remit a lump sum payment of $2,835.00 to the Trustee by 6/18/25

- Debtor(s) shall remit $2,889.00 per month to the Trustee for 53 months beginning 7/1/25

- The debtor is to schedule payments through TFS Autopay for payments beginning on August 10, 2025, and the 10th of each month thereafter.

If any payment set forth in this Order is not completed within 14 days of the dates provided herein, the Trustee shall submit a certification to the Court, on notice to debtor's counsel, together with a form of Order, and the Court SHALL dismiss the debtor's case without need for any further hearing.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-20951-CMG

Sheryl E. Picard                                                                     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                    Page 1 of 1

Date Rcvd: Jun 20, 2025                        Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

**Recip ID              Recipient Name and Address**
db                      +   Sheryl E. Picard, 11 Albert Drive, Old Bridge, NJ 08857-2529

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Albert Russo
                                    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                                    docs@russotrustee.com

Denise E. Carlon
                                    on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Cameron Legg
                                    on behalf of Debtor Sheryl E. Picard courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
                                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5