UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ   08650
(609) 587-6888

Order Filed on June 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Sheryl E. Picard

Debtor(s)

Case No.: 24-20951 / CMG

Hearing Date: 06/11/2025

Judge: Christine M. Gravelle

Chapter:  13

**AMENDED ORDER REGARDING CHAPTER 13
STANDING TRUSTEE'S MOTION TO DISMISS
OR CERTIFICATION OF DEFAULT**

The relief set forth on the following page is **ORDERED**.

DATED: June 27, 2025

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $14,182.99 paid to date

- Debtor(s) shall remit a lump sum payment of $2,835.00 to the Trustee by 6/18/25

- Debtor(s) shall remit $2,889.00 per month to the Trustee for 53 months beginning 7/1/25

- The debtor is to schedule payments through TFS Autopay for payments beginning on August 10, 2025, and the 10th of each month thereafter. If any payment set forth in this Order is not completed within 14 days of the dates provided herein, the Trustee shall submit a certification to the Court, on notice to debtor's counsel, together with a form of Order, and the Court SHALL dismiss the debtor's case without need for any further hearing.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 24-20951-CMG

Sheryl E. Picard                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                          Page 1 of 1

Date Rcvd: Jun 27, 2025                 Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

**Recip ID**              **Recipient Name and Address**
db                    +   Sheryl E. Picard, 11 Albert Drive, Old Bridge, NJ 08857-2529

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:**

**Name**                    **Email Address**

Albert Russo
                        on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                        docs@russotrustee.com

Denise E. Carlon
                        on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase
                        Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce
                        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Cameron Legg
                        on behalf of Debtor Sheryl E. Picard courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5