Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-20951 / CMG**

Sheryl E. Picard

Petition Filed Date: 11/04/2024
341 Hearing Date: 12/05/2024
Confirmation Date: 01/15/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/02/2025 | $2,835.00 | | 04/09/2025 | $2,835.00 | | 05/05/2025 | $2,842.99 | |
| 05/29/2025 | $2,835.00 | | 06/24/2025 | $2,885.00 | | 07/30/2025 | $2,889.00 | |
| 01/09/2026 | $1,980.00 | | 01/09/2026 | $1,299.00 | | | | |

**Total Receipts for the Period: $20,400.99 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $23,235.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sheryl E. Picard | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,180.00 | $4,180.00 | $0.00 |
| 1 | THE BANK OF NEW YORK MELLON<br>»» 11 ALBERT DR/1ST MTG | Mortgage Arrears | $148,911.14 | $11,080.64 | $137,830.50 |
| 2 | Overlook Hospital<br>»» DJ-319465-10/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | THE BANK OF NEW YORK MELLON<br>»» 11 ALBERT DRIVE/ATTY FEES ORDER 9/8/25 | Mortgage Arrears | $549.00 | $0.00 | $549.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 3/20/25 | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 7/23/25 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 1/20/26 | Attorney Fees | $300.00 | $0.00 | $300.00 |

**Chapter 13 Case No. 24-20951 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,235.99 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $18,260.64 | Current Monthly Payment: | $3,279.00 |
| Paid to Trustee: | $1,939.00 | Arrearages: | $3,279.00 |
| Funds on Hand: | $3,036.35 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**